# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA, MISSOULA DIVISION

| | |
|---|---|
| RICHARD REILLY, | CV-21-101-M-KLD |
| Plaintiff, | |
| v. | **ORDER** |
| AMTRUST NORTH AMERICA, INC., a Delaware corporation, and LAURA MILLS, | |
| Defendants, | |

Plaintiff has filed a Motion to Stay the Deadline to file his response to Defendants' Motion to Dismiss (Doc. 8) until after this Court has ruled on Plaintiff's Motion for Remand. (Doc. 4). Plaintiff notes that staying the briefing on Defendant's Motion to Dismiss until determination of the remand motion will promote judicial economy and preserve the parties' resources. This Court agrees. Accordingly,

IT IS HEREBY ORDERED that the deadline for Plaintiff to respond to Defendants' Motion to Dismiss is STAYED until the Court rules on the Motion for Remand.

DATED this 12th day of October, 2021

_____
Kathleen L. DeSoto
United States Magistrate Judge